# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HERBERT D. CONDIE, III,** and **KAREN L. G. CONDIE,** trustees of The Herbert D. Condie, III Qualified Personal Residence Trust U/A/D 12/24/2009, and Karen L. G. Condie, and Herbert D. Condie, III, trustees of Karen L. G. Condie Qualified Personal Residence Trust U/A/D 12/24/2009,
Appellants,

v.

**JEFF KUHNERT ENTERPRISES, LLC,** and **JEFFREY W. KUHNERT,**
Appellees.

No. 4D20-2090

[May 26, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Carney Croom, Judge; L.T. Case No. 312019CA000408XXXXXX.

Richard R. Chaves of Ciklin Lubitz, West Palm Beach, for appellants.

Selina P. Patel of Cole, Scott & Kissane, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed. See Kelley v. Sch. Bd. of Seminole Cnty.*, 435 So. 2d 804 (Fla. 1983).

WARNER, GERBER, JJ., and ROBINSON, MICHAEL, A., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***